UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:23cv09616 DDP (ASx)                                    Date: August 8, 2024

Title   *TOKIO MARINE SPECIALTY INSURANCE COMPANY v. NEXTGEN ASSOCIATES, INC.*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 30, 2024** why this action should not be dismissed for lack of prosecution **as to defendant NextGen Associates Inc.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendant,** or plaintiff's request for entry of default on **defendant** on or before the above date, as a satisfactory response to the Order to Show Cause.

                                                                                                          00:00
                                                                    **Initials of Preparer**      CMJ